IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 JUN 17 PM 3:30

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| WILLIAM T. MOORER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | Civil Action No. 99-2043 D |
| | ) | |
| BAPTIST MEMORIAL HEALTH CARE SYSTEM, BAPTIST MEMORIAL HEALTH CARE CORPORATION, CATHY M. HILL, And JOHN N. ROBBINS, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER SETTING ASIDE JUDGMENT AND DISMISSING ACTION WITH PREJUDICE

Pursuant to Rules 41(a) and 60(b)(5) of the Federal Rules of Civil Procedure, the Parties have jointly advised the Court, as evidenced by the signatures of their attorneys herein below, that all disputes among them have been resolved and the Parties jointly move this District Court to set aside the Judgment entered in this case on June 3, 2003, and to dismiss this action with prejudice. It appears that this motion is well taken and for good cause. Accordingly, the June 3, 2003 Judgment is hereby set aside and this action is dismissed with prejudice.

_____
U.S. DISTRICT COURT JUDGE

DATE: June 17, 2005

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 6-20-05

139

APPROVED:

*J. Houston Gordon* — w/ express permission from Mr Gordon, by Mr. Gilbert, given 5/25/2005.

J. HOUSTON GORDON, ESQ.
Counsel for Plaintiff William T. Moorer

*Justin S. Gilbert*

JUSTIN S. GILBERT, ESQ.
Counsel for Plaintiff William T. Moorer

*Paul E. Prather*

PAUL E. PRATHER, ESQ.
TANJA L. THOMPSON, ESQ.
Attorneys for Defendants
Baptist Memorial Health Care System,
Baptist Memorial Health Care Corporation,
Cathy M. Hill, and John N. Robbins

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 139 in case 2:99-CV-02043 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

W. Terry Smith
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Karen W. Grouchau
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Paul E. Prather
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

J. Houston Gordon
LAW OFFICES OF J. HOUSTON GORDON
114 W. Liberty Ave.
Ste. 300
Covington, TN 38019--084

Honorable Bernice Donald
US DISTRICT COURT