FILED BY ___ D.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 JUN 30 PM 3: 50

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| WILLIAM T. MOORER | JUDGMENT IN A CIVIL CASE |
| v. | |
| BAPTIST MEMORIAL HEALTH CARE SYSTEM, BAPTIST MEMORIAL HEALTH CARE CORPORATION, CATHY M. HILL, And JOHN N. ROBBINS | CASE NO: 99-2043-D |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Setting Aside Judgment And Dismissing Action With Prejudice entered on June 20, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_[signature]_
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

June 30, 2005
Date

THOMAS M. GOULD
Clerk of Court

_Earline Drayer_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-1-05

/140/

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 140 in case 2:99-CV-02043 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

W. Terry Smith
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Paul E. Prather
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Karen W. Grouchau
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

J. Houston Gordon
LAW OFFICES OF J. HOUSTON GORDON
114 W. Liberty Ave.
Ste. 300
Covington, TN 38019--084

Honorable Bernice Donald
US DISTRICT COURT